UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOAQUIN MARTORELL, on behalf of
himself and all others similarly-situated,

                                 Plaintiff,

        -against-

ALL COUNTY SEWER & DRAIN, INC.
and DANIEL MCNALLY, individually,

                                Defendants.
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/23/2022

Civ. No.: 7:21-cv-10396 (NSR)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that the Parties have agreed to amicably resolve any and all claims by Plaintiff against Defendants in this action under the Fair Labor Standards Act and New York Labor, and have authorized their undersigned counsel to stipulate, consent, and agree to dismiss the instant action with prejudice by Plaintiff. The terms of the Parties' Negotiated Settlement Agreement have been reviewed and approved by the Court. No attorneys' fees or costs will be awarded to any party by the Court, except as provided therein. This Court shall retain jurisdiction to enforce the terms of the Negotiated Settlement Agreement.

*- THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK -*

MURTAGH, COSSU, VENDITTI
& CASTRO-BLANCO, LLP
1133 Westchester Avenue, Suite N-202
White Plains, New York 10604
*Attorneys for Defendants*

By: _____
John M. Murtagh, Esq.

Dated: 5/17/22

BELL LAW GROUP, PLLC
116 Jackson Avenue,
Syosset, New York 11791
*Attorneys for Plaintiff*

By: _____
Frank J. Tantone, Esq.

Dated: 5/17/22

The Court hereby approves the settlement and dismissal of the instant action with prejudice.

SO ORDERED this 23 day of May, 2022

_____
Hon. Nelson S. Roman
United States Southern District of New York Judge

2